RECEIVED
APR 20 2015
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:13CR00143-CDP |
| Michael Smith Jr | ) |
| Defendant. | ) |

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, Michael E Smith Jr, request that my term of probation or supervised release be terminated early for the following reasons: I have repented of my previous way and understand how dealing with certain people and behaving irresponsibly can cause problems for myself & others. I believe I have learned a valuable lesson & have made changes to do better.
*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

Date 4/16/2015 MS

(Signature of Defendant) Michael Smith

8334 Woodhurst Dr
(Address)
St Louis MO. 63134

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer Damir Begovic [name] and to the United States Attorney's Office on _____, 20__.

(Signature of Defendant) Michael Smith